**FILED**
**FEB - 4 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST GREELY-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-2100 |
| ) | |
| FRANKLIN BURGESS, Associate Judge, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

According to plaintiff, Judge Franklin Burgess deprived him of rights protected under the United States Constitution by failing to place him in a medical facility. He demands compensation of $115,000. Because Judge Burgess enjoys absolute immunity from liability for damages for acts taken in his judicial capacity, *see Mirales v. Waco*, 502 U.S. 9 (1991) (finding that "judicial immunity is an immunity from suit, not just from ultimate assessment of damages"); *Stump v. Sparkman*, 435 U.S. 349, 364 (1978) (concluding that state judge was "immune from damages liability even if his [decision] was in error"); *Pierson v. Ray*, 386 U.S. 547, 553-54 (1967) ("Few doctrines were more solidly established at common law than the immunity of judges from liability for damages for acts committed within their judicial jurisdiction, as this Court recognized when it adopted the doctrine, in *Bradley v. Fisher*, 13 Wall. 335, 20 L. Ed. 646 (1872)."), the Court will dismiss this action with prejudice. *See* 28 U.S.C. §§1915(e)(2)(B)(iii), 1915A(b)(2).

An Order consistent with this Memorandum Opinion is issued separately.

DATE:

Feb. 7, 2016

_____
United States District Judge

J. Rosberg